REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**MARIO CARRION CARRASQUILLO**                        Case No.    **15-07433-MCF**

**DAMARIS GONZALEZ FLORES**            Chapter 13      Attorney Name:    **ROBERTO FIGUEROA CARRASQUILLO\***

---

**I. Appearances**

| | | | |
|---|---|---|---|
| **Debtor** | **[X] Present** | **[ ] Absent** | |
| **Joint Debtor** | **[X] Present** | **[ ] Absent** | |
| **Attorney for Debtor** | **[X] Present** | **[ ] Absent** | |

**[ ]  Prose**

**[X]  Appearing:    Roberto Figueroa Colon, Esq.**

**Date & Time:**        **11/3/2015  1:53:00PM**

**[X] R          [ ] NR      LV:   $0.00**

**[X] This is debtor(s) 1 Bankruptcy filing.**

**Creditors:**

**None**

**II. Oath Administered**
         **[X] Yes              [ ] No**

---

**III. Plan**

**Date:    09/26/2015        Base:      $12,000.00   Payments 1 made out of  1 due.**

**Confirmation Hearing Date:        12/4/2015  1:30:00PM**

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

     **$3,000.00    - $112.00    = $2,888.00**

**IV. Status of Meeting**

**[X] Closed          [ ] Not Held        [ ] Held/Continued**

**[ ] Held/Not Closed**

**[ ] Continued**

**Continued Date:**

**Comments:**

---

**[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments**

 **[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):**

 **[] MTD Already filed, see Docket:**

 **[ ] Other:**

**MEETING OF CREDITORS**

In re:

MARIO CARRION CARRASQUILLO

**Case No.**   15-07433-MCF

DAMARIS GONZALEZ FLORES          **Chapter 13**   **Attorney Name:**   ROBERTO FIGUEROA CARRASQUILLO*

---

**(Cont.)**

### Trustee's Report on Confirmation

[ ] **FAVORABLE**

[X] **UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br><br>[ ] Unfair discrimination<br><br>[ ] Fails disposable income<br><br>[ ] Fails liquidation value test<br><br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  - years<br><br><br>   [ ] Federal  - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br><br>[ ] Evidence of being current with DSO<br><br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**MEETING OF CREDITORS**

In re:

MARIO CARRION CARRASQUILLO                      Case No.   **15-07433-MCF**

DAMARIS GONZALEZ FLORES              Chapter 13      Attorney Name:      **ROBERTO FIGUEROA CARRASQUILLO***

---

**Trustee's objection to confirmation**

**[X] Objection to Confirmation**
**[ ] Oral objection by creditor**

1. No provision for Empresas Berrios's claim #2. An objection as filed by creditor in dkt# 10. Also, Schedule C
needs to be revised since exceed the amount allowed.

2. As per Sch B, vehicle, 1998 Honda Accord is in possession of third party; however, debtor used exemption
under d2 over the personal property. As per SOFA item# 10, vehicle was transferred in 4/2015 with a value of
$500.00. Sch B needs to be amended to  disclose the value to the debtors as zero.

3.  Amend Schedule C to eliminate exemption over 1998 Honda Accord since they sold it in April 2015.  Also,
exemption under Section 522(d)(3) needs to be limited to $1,478.00, considering Berrios' lien.

3. Plan is insufficiently funded to pay secured creditors.

TAX RETURN NOTE:  Debtors provided evidence of having filed state tax returns, yrs 2011-2014.  Debtors received
and spent the 2014 tax refund pre-petition.

The following party(ies) object(s) confirmation:

**s/Miriam Salwen**                                                 Date:      **11/03/2015**

**Trustee/Presiding Officer**                                                              (Rev. 05/13)