### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE:                                               CASE NO. 15-07433/BKT

MARIO CARRION CARRASQUILLO
DAMARIS GONZALEZ FLORES
                                                     CHAPTER 13
DEBTORS

### DEBTORS' MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2018 TAX REFUND

TO THE HONORABLE COURT:

**NOW COME, MARIO CARRION CARRASQUILLO and DAMARIS GONZALEZ FLORES,** the Debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1.  The Debtors' confirmed Plan dated January 24, 2017, provides that Debtors' tax refunds will be paid into the Plan.

2. The Debtors have received the 2018 tax refund in the sum of $1,174.00. Attached is copy of the bank account statement, dated April 9, 2019, issued by the Puerto Rico Treasury Department.

3. The Debtors respectfully submit to the Court that they used these fund to pay for: car repairs and graduation expenses. Attached is copy of car repairs and graduation expenses estimate/invoice.

4. The Debtors to used the funds from the 2018 "tax refund' to pay for these reasonable expenses. Furthermore, the debtors are living within a very "tight" budget which barely covers their living expenses and a Plan payment of $218.00.

Page - 2-
Debtor's Motion Requesting Order
Case no. 15-07433/BKT13

5. Based on the above-stated, the debtors respectfully request this Court to Order the authorization of the use of these funds for these expenses.

**WHEREFORE,** the Debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2018 tax refund by the Debtors to pay for the above-stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtors, Mario Carrion Carrasquillo and Damaris Gonzalez Flores to their address of record: Urb Santa Juana II E3 Calle 3, Caguas PR 00725.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 3rd day of May, 2019

/s/ *Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfiguroa@rfclawpr.com

mariococoocarrion@yahoo.com

to me ▾

13:23 (1 hour ago)  ☆  ↰  ⋮

| | | | | | | |
|---|---|---|---|---|---|---|
| abr 03, 2019 | abr 08, 2019 | BNET COMPRA O PAGO | CLARO FACTURA 03/04 17:30:08 REC: 009479059479 | $148.41 | $0.00 | $25.35 |
| abr 08, 2019 | abr 08, 2019 | POS COMPRA Y/O PAGO | LA PLACITA TROPICAL 08/04 14:47:25 REC: 000000001618 | $14.91 | $0.00 | $10.44 |
| abr 09, 2019 | abr 09, 2019 | DEPOSITO DIRECTO | DEPTO. HACIENDA 09041150 | $0.00 | $1,174.00 | $1,184.44 |



Puerto Rico Auto Parts
Villas de Castro
Caguas, PR 00725
787-258-3130
787-961-2442

## Sales Receipt

| | | |
|---|---|---|
| Transaction #: | 247562 | |
| Date: 4/10/2019 | Time: 1:53:59 PM | |
| Cashier: 1 | Register #: 2 | |

| Item | Description | Amount |
|------|-------------|--------|
| D234031 | SHOCK (R) RH COROL | $45.00 |
| D234032 | SHOCK (R) LH COROL | $45.00 |
| D234035 | SHOCK (FR) RH CORO | $45.00 |
| D234036 | SHOCK (FR) LH CORO | $45.00 |
| 48609-12190 | B/SHOCK CORO 88-92 | $36.00 |
| | 2 @ $18.00 | |
| 48071-12111 | BASE SHOCK REAR 88 | $36.00 |
| | Discount | ($4.00) |
| | 2 @ $16.00 | |
| M4-29261C | MOTOR,CABLES BUJIA | $22.00 |
| | Discount | ($4.00) |

|  |  |
|---|---|
| Sub Total | $266.00 |
| TAX MUNICIPAL | $2.66 |
| TAX ESTATAL | $27.93 |
| Total | $296.59 |

|  |  |
|---|---|
| ATH/VISA \ AMEX Tendered | $296.59 |
| Change Due | $0.00 |

You saved $18.00 !

247562

The Fast Auto Parts
Villas de Castro
Caguas, PR 00725
787-258-4130
767-961-2442

## Sales Receipt

24/682
12/2019     Time:   11:47:23 AM
1           Register #:    1

| Item | Description | Amount |
|------|-------------|--------|
| 48069-12110 | PLATO [LH] COROLLA | $45.00 |
| 48068-12110 | PLATO [RH] COROLLA | $40.00 |
|  | Discount | ($2.00) |
| 45503-19135 | DIR,T/IN CORO 88-9 | $20.00 |
|  | Discount | ($4.00) |
|  | 2 @ $8.00 | |
| 45046-19175 | T/OUT COROLLA [85- | $16.00 |
|  | 2 @ $8.00 | |
| 48655-12060 | B/PLATO COROLLA(77 | $12.00 |
|  | 2 @ $6.00 | |
| 43330-19065 | B/JONIT [RH] CORO | $12.00 |
|  | Discount | ($2.00) |

| | Sub Total | $137.00 |
|--|-----------|---------|
| | TAX MUNICIPAL | $1.37 |
| | TAX ESTATAL | $14.39 |
| | Total | $152.76 |

| ATH/VISA \ AMEX Tendered | $152.76 |
|--------------------------|---------|
| Change Due | $0.00 |

## You saved $8.00!

NO. _____

DATE _____

RECEIVED FROM _Naybeth Cortón Rodríguez_ $ 350.00

_Quota gradación Clase Elodivis 2018/2019_ DOLLARS

| Account Total | $ | 350.00 |
| Amount Paid | $ | 350.00 |
| Balance Due | $ | |

_Carmen Lománeg Ho_
Signature



# RECEIPT

No. 250760

DATE 16 abril-19

RECEIVED FROM Nayeli Carrion Gonzalez

$ 100.00

FOR Uso

Traje de Prom

| ACCOUNT | 300.00 |
| PAYMENT | 150.00 |
| BALANCE DUE | 200.00 |

CASH
CHECK
MONEY ORDER
CREDIT CARD

FROM Genesis Boutique

BY _____

DOLLARS