IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>MARIO CARRION CARRASQUILLO<br>DAMARIS GONZALEZ FLORES<br><br>xx-xx-3444<br>xx-xx-0677<br>           Debtor(s) | CASE NO. 15-07433-MCF13<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON MAY/21/2019 |

ORDER

   Debtors' Motion Requesting Order Re: Authorization to Use Funds from 2018 Tax Refund (docket #47) is hereby granted.

   IT IS SO ORDERED.

   In San Juan, Puerto Rico, this 21 day of May, 2019.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge